UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1611-RN



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JASON EARL ROANE ARMSTRONG ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that all filings in this matter be sealed pending the arrest of the named Defendant, except that copies may be provided to (1) the United States Attorney's Office for the Eastern District of North Carolina, (2) the United States Attorney's Office in any other district where Defendant may be brought for his initial appearance, (3) the Federal Bureau of Investigation, and (4) any other law enforcement agency that may be called upon to assist in the arrest of the named defendant.

It is further ORDERED that (1) the government shall notify the Clerk as soon as possible after the defendant has been arrested, and (2) the Clerk, upon receiving such notice from the government, shall unseal this matter without further order of the Court.

Dated: July 8, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge