UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1611-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JASON EARL ROANE ARMSTRONG | ) | |

For good cause shown, the government Motion to Unseal Arrest Warrant is hereby GRANTED.

It is hereby ORDERED that the arrest warrant in this matter shall be unsealed, and that all other filings in this matter shall remain sealed.

Dated: July 14, 2016

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge