UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1611-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON EARL ROANE ARMSTRONG | ) | |

For good cause shown, the government's motion to unseal this case is hereby GRANTED.

Dated: August 10, 2016

*Robert T. Numbers II* (signature)

Robert T. Numbers, II
United States Magistrate Judge