UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1611-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| JASON EARL ROANE ARMSTRONG | ) | |

The United States has moved to dismiss with prejudice the Criminal Complaint in the above-captioned matter based on the death of the defendant. For good cause shown, the motion is hereby GRANTED and the Criminal Complaint is hereby DISMISSED.

SO ORDERED, this __12__ day of August, 2016.

_____
James C. Dever III
Chief United States District Judge